**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.    16-10208 |
| Plaintiff-Appellee, | D.C. No. 2:10-cr-00660-DGC |
| v. | |
| GEORGE CALVIN WINDLEY, a.k.a. G, | MEMORANDUM* |
| Defendant-Appellant. | |

Appeal from the United States District Court
for the District of Arizona
David G. Campbell, District Judge, Presiding

Submitted May 8, 2017**

Before:    REINHARDT, LEAVY, and NGUYEN, Circuit Judges.

George Calvin Windley appeals from the district court's judgment and

challenges the 121-month sentence imposed on remand following his guilty-plea

conviction for conspiracy to engage in sex trafficking, in violation of 18 U.S.C.

§ 1594(c).  Pursuant to *Anders v. California*, 386 U.S. 738 (1967), Windley's

---

\*      This disposition is not appropriate for publication and is not precedent
except as provided by Ninth Circuit Rule 36-3.

\*\*      The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Windley the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Windley waived his right to appeal his sentence. Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80 (1988), discloses no arguable issue as to the validity of the waiver. *See United States v. Watson*, 582 F.3d 974, 986-88 (9th Cir. 2009). We accordingly dismiss the appeal. *See id*. at 988.

Counsel's motion to withdraw is **GRANTED.**

**DISMISSED.**